UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOURAD SOULEIMAN, KETTY SOULEIMAN, ELIE SOULEIMAN, and PAULA SOULEIMAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>PETER B. BASS, WELLS FARO BANK, N.A., SKY BLU HOLDINGS, LLC, BRETT A. WILLIAMS, ABC CORPS 1-10, and JOHN DOES 1-10,<br><br>    Defendants. | Case No. 3:21-cv-9555-MAS-ZNQ |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Wells Fargo Bank, N.A.

                                              Respectfully submitted,

Date: July 6, 2021                      s/ *Leo Rishty*

                                              **THE LAW OFFICE OF MICHAEL BOTTON, LLC**
                                              Leo Rishty, Esq.
                                              *leorishtyesq@gmail.com*
                                              211 Monmouth Rd., 2d Floor
                                              West Long Branch, NJ 07764
                                              T:  732.894.3686

                                              *Counsel for Plaintiffs*