**MEMBER**
New Jersey Bar
New York Bar

**ADMITTED**
U.S. Federal District Courts

LAW OFFICES OF
# MICHAEL BOTTON, ESQ., LLC

**Mailing Address:**
211 Monmouth Rd.
West Long Branch, NJ 07764

[MICHAELBOTTONESQ@GMAIL.COM](mailto:MICHAELBOTTONESQ@GMAIL.COM)

TEL: 732-894-3686  FAX: 732-894-3688

---

November 17, 2021

United States District Court
District of New Jersey
Clarkson Fisher Building
402 East State Street
Trenton, NJ 08608

Re:   Souleiman, et al. v. Bass, et al
      Case No.: 3:21-CV-09555-MAS-DEA

To Whom it may concern:

    I am putting the Court on Notice that effective November 5, 2021, the Law Office of Michael Botton, LLC will no longer be operating. Michael Botton, Esq (030031998) will be leaving the practice of law and therefore will no longer be able to represent the Plaintiffs in the above matter.  I am requesting that the Court adjourn all pending conferences, motions and hearings to allow my clients to seek new counsel.

                                                                      Yours truly,

                                                                      */s/ Michael Botton, Esq*
                                                                      MICHAEL BOTTON, ESQ

Cc:   Client
      Attorneys of Record (via e-filing)