

*Serving Our Clients and Community*
*For Over 100 Years*

**Eric A. Inglis**
*Admitted in NJ & PA*

Direct Line: 973-540-7347
Email: eai@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

March 22, 2022

**VIA E-FILING**
Honorable Judge Douglas E. Arpert, U.S.M.J
United States District Court
District of New Jersey
Trenton, New Jersey

    Re:    **Souleiman v Bass, et al**
             **NJ District Court Case No: 3:21-cv-09555-MAS-DEA**
             **(Our File No: 33026-2)**

Dear Judge Arpert:

    We represent plaintiffs, Mourad Souleiman, Ketty Souleiman, Elie Souleiman and Paula Souleiman, who were the victims of a scheme through which $320,000 intended for a property purchase was lost after their attorney, Peter Bass, Esq.'s, AOL email account was hacked and they were directed by an email to wire their funds to a bank account owned and controlled by defendants Brett Williams and Blu Sky Holdings, LLC.

    I am following up on a letter I sent on March 14, 2022 through e-filing, seeking to resolve a discovery issue with the defendants.  A copy of that letter is enclosed for the Court's reference.  We would welcome a telephone conference with the Court to discuss these efforts and as a predicate to filing the necessary motion to seek relief.

                               Respectfully submitted,

                                 */s/ Eric A. Inglis*

EAI/lmd                                                        Eric A. Inglis
cc:    Walter Luger, Esq. (wluger7@gmail.com)
        Andrew Walsh, Esq. (atwalsh@chamlinlaw.com)

{02771620;1 /EAI }